**Opinion filed July 23, 2026**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-26-00160-CR & 11-26-00161-CR

_____

## JOSE ALBERTO VASQUEZ, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause Nos. DCV-26-00820 & DCV-26-00821**

### M E M O R A N D U M   O P I N I O N

These accelerated appeals arise from the trial court's denial of Appellant's pretrial writs of habeas corpus. TEX. R. APP. P. 31. Appellant has now filed a motion to dismiss each appeal because he has entered a guilty plea in each felony case, resulting in his release from custody. Appellant requests that we dismiss the appeals. The motion is signed by Appellant and Appellant's attorney in accordance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.2(a).

We grant Appellant's motions and dismiss the appeals.


JOHN M. BAILEY

CHIEF JUSTICE


July 23, 2026

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.